IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Simpson, Anthony Devoyer

Printed: 1/22/08

Case Number: 05 B 18389
Judge: Squires, John H
Filed: 5/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 28, 2007
Confirmed: June 22, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 24,818.80 |  |
| Secured: |  | 2,831.32 |
| Unsecured: |  | 13,107.91 |
| Priority: |  | 2,935.68 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 1,087.85 |
| Other Funds: |  | 2,656.04 |
| Totals: | 24,818.80 | 24,818.80 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,200.00 | 2,200.00 |
| 2. | U S Auto Title Lenders | Secured | 1,940.17 | 1,940.17 |
| 3. | Illinois Title Loans | Secured | 891.15 | 891.15 |
| 4. | Internal Revenue Service | Priority | 2,935.68 | 2,935.68 |
| 5. | Ft Sanders Medical | Unsecured | 43.02 | 107.55 |
| 6. | Asset Acceptance | Unsecured | 356.42 | 891.06 |
| 7. | U S Auto Title Lenders | Unsecured | 1,474.52 | 3,686.30 |
| 8. | Internal Revenue Service | Unsecured | 3,369.20 | 8,423.00 |
| 9. | Brown Group | Unsecured |  | No Claim Filed |
| 10. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 11. | Malcolm S Gerald & Assoc | Unsecured |  | No Claim Filed |
| 12. | Belinda Harley LCSW | Unsecured |  | No Claim Filed |
| 13. | ENH Medical Group | Unsecured |  | No Claim Filed |
| 14. | CIB Bank | Unsecured |  | No Claim Filed |
| 15. | Dynacare Laboratories | Unsecured |  | No Claim Filed |
| 16. | ENH Medical Group | Unsecured |  | No Claim Filed |
| 17. | Ascension Acquisitions | Unsecured |  | No Claim Filed |
| 18. | Dermatology Center | Unsecured |  | No Claim Filed |
| 19. | Health | Unsecured |  | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 21. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 22. | American Credit Collection | Unsecured |  | No Claim Filed |
| 23. | ENH Medical Group | Unsecured |  | No Claim Filed |
| 24. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 25. | University Of Texas | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Simpson, Anthony Devoyer | Case Number: 05 B 18389 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 1/22/08 | Filed: 5/9/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Revenue Management | Unsecured | | No Claim Filed |
| 27. | Michael Caudle Md | Unsecured | | No Claim Filed |
| 28. | St Francis Hospital | Unsecured | | No Claim Filed |
| 29. | Pinnacle Mangement Services Inc | Unsecured | | No Claim Filed |

$ 13,210.16     $ 21,074.91

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 101.60 |
| 5.5% | 406.47 |
| 5% | 120.08 |
| 4.8% | 203.36 |
| 5.4% | 256.34 |

$ 1,087.85

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

